

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2018

No. 04-17-00280-CR

Ex Parte Miguel **MARTINEZ**,
Appellant

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

This court's opinion issued on July 31, 2018. Accordingly any motion for rehearing or motion for en banc reconsideration was due August 15, 2018. Appellant has filed a motion for extension of time, asking for an additional twenty days in which to file a motion for en banc reconsideration. After review, we **GRANT** appellant's motion and **ORDER** that any motion for en banc reconsideration be filed in this court **on or before September 4, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2018.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court